IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PEARL PIERIK and JOHN PIERIK,<br><br>   Plaintiffs,<br><br>v.<br><br>GE HEALTHCARE INC.; GENERAL ELECTRIC COMPANY; GE HEALTHCARE AS; BRACCO DIAGNOSTICS, INC.; AND MCKESSON CORPORATION,<br><br>   Defendants. | Case No.: 1:18-cv-07733<br><br>**Honorable Elaine E. Bucklo** |

### DEFENDANT MCKESSON'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM UNDER F.R.C.P. 12(B)(6) OR, ALTERNATIVELY, FOR JUDGMENT ON THE PLEADINGS UNDER F.R.C.P. 12(C)

  Defendant McKesson Corporation ("McKesson"), pursuant to Fed. R. Civ. P. 12(b)(6), moves to dismiss Plaintiffs Pearl Pierik and John Pierik's claims against this defendant. Alternatively, McKesson moves for judgment on the pleadings under Fed. R. Civ. P. 12(c). In support of its motion, Defendant states as follows:

  1. Plaintiffs' allegations are conclusory and general and fail to meet the pleading standard required by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009).

  2. Plaintiffs' claims for negligent misrepresentation and fraudulent misrepresentation and concealment do not satisfy the particularity requirements of Federal Rule of Civil Procedure 9(b).

1

In further support of its motion, McKesson incorporates by reference, as though fully set forth herein, its Memorandum in Support of Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim Under F.R.C.P. 12(b)(6) or, Alternatively, for Judgment on the Pleadings Under F.R.C.P. 12(c), filed contemporaneously herewith.

## REQUEST FOR ORAL ARGUMENT

McKesson respectfully requests that this Court set its Motion to Dismiss Plaintiffs' Amended Complaint for Failure to State a Claim for oral argument concurrent with the hearing concerning Defendant Bracco Diagnostics, Inc.'s Motion to Dismiss already scheduled by this Court on March 5, 2019 (see Notification of Docket Entry, ECF No. 67).

WHEREFORE, Defendant McKesson Corporation prays for an Order dismissing Plaintiffs' Amended Complaint for Damages with prejudice, and for such further relief deemed just and proper.

Dated: December 21, 2018.                    Respectfully submitted,


*s/ Kenneth E. Stalzer*
Kenneth E. Stalzer (#6294596)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Telephone:    303.244.1800
Facsimile:    303.244.1879
Email: stalzer@wtotrial.com

Attorneys for Defendant,
McKesson Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, I electronically filed the foregoing **DEFENDANT MCKESSON CORPORATION'S TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM** with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated below.

- **Carlo F. Bonavita**
  bonavita@wtotrial.com

- **Kimberly A. Dougherty**
  kim.dougherty@andruswagstaff.com

- **William E. Gildea**
  william.gildea@leclairryan.com

- **Kevin G. Kenneally**
  kevin.kenneally@leclairryan.com

- **Christopher B. Parkerson**
  cparkerson@campbell-trial-lawyers.com

- **Paul S. Penticuff**
  penticuff@bscr-law.com,coombs@bscr-law.com,
  kheath@bscr-law.com,ahiggins@bscr-law.com

- **R. Jason Richards**
  JRichards@awkolaw.com

- **Jeffrey Singer**
  jsinger@smsm.com,efile@smsm.com,dcasadonte@smsm.com

- **Kenneth E. Stalzer**
  stalzer@wtotrial.com,purdy@wtotrial.com

- **Thomas N Sterchi**
  sterchi@bscr-law.com

- **Edward A. Wallace**
  eaw@wexlerwallace.com,ecf@wexlerwallace.com,
  gl@wexlerwallace.com,lck@wexlerwallace.com

- **Andrew Douglas Welker**
  adw@wexlerwallace.com

*s/ Kenneth E. Stalzer*